IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | | |
|---|---|---|---|
| GABRIEL AKOL KUOL, | ) | | |
| Plaintiff, | ) | Civil Action No. 7:15-cv-00167 | |
| | ) | | |
| v. | ) | **DISMISSAL ORDER** | |
| | ) | | |
| NADER MONEEF HASA, | ) | By: | Norman K. Moon |
| Defendant(s). | ) | | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

Entered this __5th__ day of May, 2015.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE